UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD DISNEY,

    Petitioner,

v.                                        Civil Action No. 2:12-cv-13828
                                          Honorable Denise Page Hood

SHERRY BURT,

    Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated January 3, 2013, this cause of action is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan this 3rd day of January, 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        BY: s/Michael Williams
APPROVED:                                      Relief Case Manager

s/ Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE